■ In the Matter of the Claim of RALPH RUSSELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to amend remittitur granted and remittitur amended by adding thereto the following:

Upon the appeal herein there were presented and necessarily passed upon questions under the Constitution of the United States, viz.: Whether the rights of claimant under the First and Fourteenth Amendments were violated. The Appellate Division held that claimant's constitutional rights were not violated. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.